Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:   (212) 292-5390
Facsimile:   (212) 292-5391

Brian Igel (BI 4574)
bigel@bilawfirm.com
BELLIZIO + IGEL PLLC
One Grand Central Place
305 Madison Avenue, 40th Floor
New York, New York 10165
Telephone:   (212) 873-0250
Facsimile:   (646) 395-1585
*Attorneys for Plaintiff
Off-White LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OFF-WHITE LLC,<br><br>*Plaintiff*<br><br>v.<br><br>1000PERCENT1000, CICADA-ORANGE, CISAN64, DNPG-FFOOS, FLY-PE-47, FOX-DOGWOOD, GOOD-MORNING-STORE, GOOSE-REDBUD, HONGSHIZIT603, INS-HOME36, JINBOYANC380_5, LIKUAN01, LITIA905793, LITIAN-24, LIULIPINGQ, LSMSUMI777, MANTIS-QUINCE, MOUSE-PEONY, OFF44EVER, PANDA-HAWTHORN, SJBNSJ, SQUIRREL-CA_25, TIANTIANY86, TORTOISE-WISTERIA, WENJING1, WOLF-AZALEA, YEEZYANDME, YQC262511_0, ZEBRA-HIBISCUS and ZHONGH_55, | **21-cv-3626 (PAE)**<br><br>**UNSEALING ORDER** |

WHEREAS the Court orders that this Action be unsealed, and Records Management upload all documents filed to date on the Electronic Case Filing system.

**SO ORDERED.**

SIGNED this __7__ day of __May__, 2021, at __1:00__ pm.
New York, New York

_____
HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE