UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OFF-WHITE LLC,

                Plaintiff,

-v-

1000PERCENT1000, CICADA-ORANGE, CISAN64, DNPG-FFOOS, FLY-PE-47, FOX-DOGWOOD, GOOD-MORNING-STORE, GOOSE-REDBUD, HONGSHIZIT603, INS-HOME36, JINBOYANC380_5, LIKUAN01, LITIA905793, LITIAN-24, LIULIPINGQ, LSMSUMI777, MANTIS-QUINCE, MOUSE-PEONY, OFF44EVER, PANDA-HAWTHORN, SJBNSJ, SQUIRREL-CA 25, TIANTIANY86, TORTOISE-WISTERIA, WENJING1, WOLF-AZALEA, YEEZYANDME, YQC262511_0, ZEBRA-HIBISCUS and ZHONGH_55,

                Defendants.

21 Civ. 3626 (PAE)
21 Civ. 3628
21 Civ. 3630

ORDER

FILED UNDER SEAL

PAUL A. ENGELMAYER, District Judge:

On April 23, 2021, Judge Castel granted plaintiff's motion for a temporary restraining order in each of the above-captioned cases and ordered defendants to show cause before this Court in Courtroom 1305 of the United States District Court for the Southern District of New 40 Foley Square, New York, New York on May 7, 2021 at 1:00 p.m. why a preliminary injunction, pursuant to Fed. R. Civ. P. 65(a), should not issue.

Due to the current public health situation, that hearing will be a telephonic hearing. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. **Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19, found at**

1

https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers.

The Court will hear all three cases on May 7, 2021 at 1:00 p.m. Cases No. 21 Civ. 3628 and No. 21 Civ. 3630 are currently unassigned. In the event that these cases are not assigned to this Court, the judge to whom they are assigned may reschedule the respective show cause hearings for those cases.

Plaintiff is ordered to serve forthwith this order on defendants in accordance with Judge Castel's orders authorizing bifurcated and alternative service by electronic means and to promptly file proof of such service.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: April 27, 2021
New York, New York