UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OFF-WHITE LLC,<br><br>                        Plaintiff,<br>     -v-<br><br>1000PERCENT1000, CICADA-ORANGE, CISAN64, DNPG-FFOOS, FLY-PE-47, FOX-DOGWOOD, GOOD-MORNING-STORE, GOOSE-REDBUD, HONGSHIZIT603, INS-HOME36, JINBOYANC380_5, LIKUAN01, LITIA905793, LITIAN-24, LIULIPINGQ, LSMSUMI777, MANTIS-QUINCE, MOUSE-PEONY, OFF44EVER, PANDA-HAWTHORN, SJBNSJ, SQUIRREL-CA 25, TIANTIANY86, TORTOISE-WISTERIA, WENJING1, WOLF-AZALEA, YEEZYANDME, YQC262511_0, ZEBRA-HIBISCUS and ZHONGH_55,<br><br>                        Defendants. | 21 Civ. 3626 (PAE)<br>21 Civ. 3628<br>21 Civ. 3630<br><br>ORDER<br><br>FILED UNDER SEAL |

PAUL A. ENGELMAYER, District Judge:

Due to a scheduling conflict, the telephonic conference currently scheduled for May 7, 2021 at 1:00 p.m. is rescheduled for 11:30 a.m. the same day. Plaintiff is ordered to serve forthwith this order on defendants in accordance with Judge Castel's orders authorizing bifurcated and alternative service by electronic means and to promptly file proof of such service.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: May 3, 2021
       New York, New York

1