UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
OFF-WHITE LLC,

                Plaintiff,                              21 **CIVIL** 3626 (PAE)(VF)

    -against-                                      **<u>JUDGMENT</u>**

1000PERCENT1000 et al,

               Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated December 26, 2024, the Court grants the award of $1.2 million in statutory damages under the Lanham Act. Off-White is also entitled to post-judgment interest on this judgment amount. Additionally, the Court adopts Judge Figueredo's recommendation that Off White's request for a post-judgment order freezing each Defaulting Defendant's assets and authorizing the transfer of those assets to Off-White be denied, but that Off-White be permitted to execute on and enforce the Court's judgment immediately; accordingly, the case is closed.

**Dated:** New York, New York
          December 26, 2024

                                                    **TAMMI M. HELLWIG**
                                                           **Clerk of Court**

                             **BY:**
                                                       **Deputy Clerk**